AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Buchwald, Naomi R. | SOUTHERN DISTRICT OF NEW YORK | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan Courthouse
500 Pearl Street -- ROOM 2270
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor Estate | Step-Parent |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Solo Law Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | O | T | | | | | |
| 2. Vanguard Voyager (IRA) | A | Dividend | K | T | | | | | |
| 3. Schwab (IRA) | A | Interest | P1 | T | | | | | |
| 4. | C | Dividend | | | | | | | |
| 5. --- Schwab Deposit Acount | A | Interest | M | T | | | | | |
| 6. -- Moduslink Global Solutions (Common) | | None | | | Sold | 02/26/15 | J | | |
| 7. --CST Brands Inc. (Common) | A | Dividend | J | T | | | | | |
| 8. -- Facebook (Common) | | None | N | T | Buy (add'l) | 01/20/15 | N | | |
| 9. | | | | | Buy (add'l) | 01/26/15 | N | | |
| 10. | | | | | Sold (part) | 04/30/15 | N | | |
| 11. | | | | | Sold (part) | 05/01/15 | M | | |
| 12. | | | | | Sold (part) | 05/05/15 | O | D | |
| 13. | | | | | Buy (add'l) | 05/29/15 | N | | |
| 14. | | | | | Sold | 06/01/15 | N | D | |
| 15. | | | | | Buy | 06/22/15 | M | | |
| 16. | | | | | Buy (add'l) | 06/30/15 | M | | |
| 17. | | | | | Sold (part) | 07/15/15 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/22/15 | M | E | |
| 19. | | | | | Buy (add'l) | 08/06/15 | M | | |
| 20. | | | | | Buy (add'l) | 08/24/15 | M | | |
| 21. | | | | | Buy (add'l) | 08/27/15 | M | | |
| 22. | | | | | Sold (part) | 09/11/15 | O | D | |
| 23. | | | | | Buy (add'l) | 09/22/15 | M | | |
| 24. | | | | | Buy (add'l) | 10/15/15 | L | | |
| 25. | | | | | Sold (part) | 10/29/15 | N | E | |
| 26. | | | | | Buy (add'l) | 11/04/15 | M | | |
| 27. | | | | | Buy (add'l) | 11/10/15 | M | | |
| 28. | | | | | Buy (add'l) | 11/19/15 | M | | |
| 29. | | | | | Sold (part) | 12/21/15 | M | | |
| 30. --Twitter Inc. (Common) | | None | M | T | Sold | 01/14/15 | N | E | |
| 31. | | | | | Buy | 05/29/15 | M | | |
| 32. | | | | | Buy (add'l) | 06/11/15 | K | | |
| 33. | | | | | Sold (part) | 06/18/15 | M | | |
| 34. | | | | | Buy (add'l) | 06/23/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/01/15 | M | A | |
| 36. | | | | | Buy | 07/01/15 | M | | |
| 37. | | | | | Sold | 07/13/15 | M | A | |
| 38. | | | | | Buy | 07/27/15 | M | | |
| 39. | | | | | Sold | 07/28/15 | M | | |
| 40. | | | | | Buy | 09/09/15 | L | | |
| 41. | | | | | Buy (add'l) | 12/04/15 | L | | |
| 42. --Intel (Common) | B | Dividend | M | T | Buy (add'l) | 01/20/15 | M | | |
| 43. | | | | | Sold | 01/20/15 | N | | |
| 44. | | | | | Buy | 06/01/15 | M | | |
| 45. | | | | | Buy (add'l) | 06/12/15 | M | | |
| 46. | | | | | Sold | 06/26/15 | N | | |
| 47. | | | | | Buy | 08/27/15 | N | | |
| 48. | | | | | Sold | 09/11/15 | N | E | |
| 49. | | | | | Buy | 11/03/15 | M | | |
| 50. -- Lowes (Common) | A | Dividend | | | Sold (part) | 01/14/15 | L | C | |
| 51. | | | | | Sold | 03/23/15 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 08/27/15 | K | | |
| 53. | | | | | Sold | 09/17/15 | K | A | |
| 54. | | | | | Buy | 10/16/15 | L | | |
| 55. | | | | | Sold | 10/19/15 | L | A | |
| 56. | | | | | Buy | 11/18/15 | L | | |
| 57. | | | | | Sold | 11/19/15 | L | B | |
| 58. --Alibaba ADRs | None | M | T | | Buy | 11/06/15 | K | | |
| 59. | | | | | Sold | 11/09/15 | K | | |
| 60. | | | | | Buy | 11/10/15 | L | | |
| 61. | | | | | Buy (add'l) | 12/03/15 | L | | |
| 62. | | | | | Buy (add'l) | 12/15/15 | L | | |
| 63. --Apple (Common) | None | M | T | | Buy | 03/05/15 | M | | |
| 64. | | | | | Sold | 04/23/15 | M | B | |
| 65. | | | | | Buy | 08/06/15 | K | | |
| 66. | | | | | Buy (add'l) | 08/19/15 | M | | |
| 67. | | | | | Sold (part) | 08/19/15 | L | A | |
| 68. | | | | | Sold | 08/21/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 09/24/15 | M | | |
| 70. | | | | | Sold (part) | 10/22/15 | L | B | |
| 71. | | | | | Sold | 10/29/15 | L | C | |
| 72. | | | | | Buy | 11/18/15 | M | | |
| 73. | | | | | Buy (add'l) | 11/23/15 | M | | |
| 74. --Blackberry (Common) | | None | L | T | Buy | 05/29/15 | L | | |
| 75. --Chevron (Common) | | None | L | T | Buy | 12/28/15 | L | | |
| 76. --Exxon Mobil (Common) | | None | L | T | Buy | 12/28/15 | L | | |
| 77. --Amazon (Common) | | None | | | Buy | 01/05/15 | M | | |
| 78. | | | | | Sold | 01/19/15 | M | E | |
| 79. | | | | | Buy | 06/10/15 | M | | |
| 80. | | | | | Sold | 06/10/15 | M | C | |
| 81. | | | | | Buy | 07/08/15 | N | | |
| 82. | | | | | Sold | 07/10/15 | N | B | |
| 83. | | | | | Buy | 07/16/15 | O | | |
| 84. | | | | | Sold | 07/16/15 | O | D | |
| 85. | | | | | Buy | 07/21/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 07/22/15 | L | B | |
| 87. | | | | | Buy | 09/22/15 | N | | |
| 88. | | | | | Buy (add'l) | 09/24/15 | N | | |
| 89. | | | | | Sold (part) | 10/10/15 | M | C | |
| 90. | | | | | Sold | 10/29/15 | N | F | |
| 91. --Cisco Systems (Common) | C | Dividend | | | Buy | 05/29/15 | M | | |
| 92. | | | | | Buy (add'l) | 06/23/15 | M | | |
| 93. | | | | | Sold (part) | 08/13/15 | M | | |
| 94. | | | | | Buy (add'l) | 08/18/15 | M | | |
| 95. | | | | | Sold | 08/21/15 | N | | |
| 96. | | | | | Buy | 11/03/15 | M | | |
| 97. | | | | | Sold | 11/09/15 | M | | |
| 98. --Home Depot (Common) | A | Dividend | | | Buy | 08/27/15 | L | | |
| 99. | | | | | Sold | 09/17/15 | L | B | |
| 100. | | | | | Buy | 10/07/15 | M | | |
| 101. | | | | | Sold | 10/08/15 | M | A | |
| 102. | | | | | Buy | 11/18/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/19/15 | M | B | |
| 104. --Netflix (Common) | | None | | | Buy | 08/06/15 | M | | |
| 105. | | | | | Buy (add'l) | 08/19/15 | L | | |
| 106. | | | | | Sold | 08/21/15 | M | | |
| 107. | | | | | Buy | 10/06/15 | L | | |
| 108. | | | | | Sold | 11/20/15 | L | D | |
| 109. --Tesla (Common) | | None | | | Buy | 11/03/15 | L | | |
| 110. | | | | | Sold | 11/03/15 | L | D | |
| 111. --Time Warner (Common) | | None | | | Buy | 07/16/15 | L | | |
| 112. | | | | | Buy (add'l) | 07/22/15 | L | | |
| 113. | | | | | Sold | 08/21/15 | M | | |
| 114. --Time Warner Cable (Common) | | None | | | Buy | 07/22/15 | M | | |
| 115. | | | | | Sold | 08/05/15 | M | B | |
| 116. --Valero (Common) | A | Dividend | | | Buy | 09/09/15 | L | | |
| 117. | | | | | Sold | 09/11/15 | L | A | |
| 118. | | | | | Buy | 11/17/15 | L | | |
| 119. | | | | | Sold | 11/19/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Valeant (Common) | | None | | | Buy | 10/29/15 | L | | |
| 121. | | | | | Buy (add'l) | 10/30/15 | L | | |
| 122. | | | | | Sold | 10/30/15 | M | | |
| 123. | | | | | Buy | 11/06/15 | K | | |
| 124. | | | | | Sold | 11/10/15 | K | A | |
| 125. | | | | | Buy | 11/11/15 | K | | |
| 126. | | | | | Buy | 12/03/15 | K | | |
| 127. | | | | | Sold | 12/28/15 | M | E | |
| 128.  --Yahoo (Common) | | None | | | Buy | 07/22/15 | M | | |
| 129. | | | | | Sold | 08/21/15 | M | | |
| 130. | | | | | Buy | 09/09/15 | L | | |
| 131. | | | | | Sold | 11/09/15 | L | C | |
| 132.  JPMorgan Chase Accounts | A | Interest | M | T | | | | | |
| 133.  Schwab Account -- NY Muni Money Mkt | A | Int./Div. | O | T | | | | | |
| 134.  Merrill Lynch Cash Acc- formerly Bk of America cash reserve | C | Dividend | M | T | | | | | |
| 135.  Treasury Direct | A | Interest | M | T | | | | | |
| 136.  Time Warner Common Stock | A | Dividend | K | T | Buy (add'l) | 07/17/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/17/15 | M | A | |
| 138. Blount Common Stock | | None | J | T | | | | | |
| 139. Intel Common Stock | C | Dividend | M | T | Buy (add'l) | 03/04/15 | L | | |
| 140. | | | | | Buy (add'l) | 03/05/15 | M | | |
| 141. | | | | | Sold (part) | 03/18/15 | N | | |
| 142. | | | | | Sold (part) | 03/20/15 | M | | |
| 143. | | | | | Buy (add'l) | 04/22/15 | L | | |
| 144. | | | | | Sold (part) | 04/23/15 | L | A | |
| 145. | | | | | Buy (add'l) | 04/24/15 | M | | |
| 146. | | | | | Sold (part) | 04/27/15 | M | B | |
| 147. | | | | | Buy (add'l) | 04/28/15 | M | | |
| 148. | | | | | Sold (part) | 04/28/15 | M | B | |
| 149. | | | | | Buy (add'l) | 05/08/15 | N | | |
| 150. | | | | | Sold (part) | 05/20/15 | N | D | |
| 151. | | | | | Buy (add'l) | 05/26/15 | M | | |
| 152. | | | | | Buy (add'l) | 05/27/15 | M | | |
| 153. | | | | | Sold (part) | 05/27/15 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/29/15 | M | | |
| 155. | | | | | Buy (add'l) | 06/03/15 | M | | |
| 156. | | | | | Sold (part) | 06/11/15 | N | | |
| 157. | | | | | Buy (add'l) | 06/11/15 | M | | |
| 158. | | | | | Buy (add'l) | 06/25/15 | N | | |
| 159. | | | | | Sold (part) | 06/25/15 | N | | |
| 160. | | | | | Sold (part) | 06/26/15 | M | | |
| 161. | | | | | Buy (add'l) | 06/30/15 | N | | |
| 162. | | | | | Sold (part) | 07/01/15 | M | | |
| 163. | | | | | Sold (part) | 07/02/15 | M | | |
| 164. | | | | | Buy (add'l) | 07/10/15 | N | | |
| 165. | | | | | Sold (part) | 07/13/15 | N | | |
| 166. | | | | | Buy (add'l) | 07/16/15 | M | | |
| 167. | | | | | Buy (add'l) | 08/25/15 | M | | |
| 168. | | | | | Sold (part) | 08/26/15 | M | | |
| 169. | | | | | Sold (part) | 08/28/15 | M | | |
| 170. | | | | | Buy (add'l) | 09/01/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/02/15 | M | B | |
| 172. | | | | | Buy (add'l) | 09/17/15 | M | | |
| 173. | | | | | Sold (part) | 09/17/15 | M | A | |
| 174. | | | | | Buy (add'l) | 12/10/15 | N | | |
| 175. | | | | | Sold (part) | 12/16/15 | N | C | |
| 176. | | | | | Sold (part) | 12/17/15 | L | A | |
| 177. | | | | | Buy (add'l) | 12/18/15 | M | | |
| 178. | | | | | Buy (add'l) | 12/21/15 | M | | |
| 179. | | | | | Sold (part) | 12/23/15 | M | B | |
| 180. AOL Inc. Common Stock | | None | | | Sold | 06/30/15 | J | A | |
| 181. Time Warner Cable Common | A | Dividend | | | Sold | 08/05/15 | K | E | |
| 182. Time Inc. Common Stock (spin off from Time Warner Inc.) | A | Dividend | J | T | | | | | |
| 183. Yahoo Common Stock | | None | | | Sold | 01/02/15 | N | | |
| 184. | | | | | Buy | 01/19/15 | L | | |
| 185. | | | | | Buy (add'l) | 01/23/15 | L | | |
| 186. | | | | | Sold (part) | 03/20/15 | L | | |
| 187. | | | | | Buy (add'l) | 03/24/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 04/08/15 | M | B | |
| 189. | | | | | Buy | 10/27/15 | M | | |
| 190. | | | | | Sold | 10/30/15 | M | D | |
| 191. | | | | | Buy | 11/04/15 | N | | |
| 192. | | | | | Sold | 11/09/15 | N | | |
| 193. Apple Common Stock | B | Dividend | | | Buy | 01/22/15 | M | | |
| 194. | | | | | Sold | 01/22/15 | M | A | |
| 195. | | | | | Buy | 03/05/15 | L | | |
| 196. | | | | | Buy (add'l) | 03/06/15 | L | | |
| 197. | | | | | Sold (part) | 03/17/15 | L | A | |
| 198. | | | | | Sold | 03/18/15 | L | A | |
| 199. | | | | | Buy | 03/19/15 | L | | |
| 200. | | | | | Sold | 04/22/15 | L | A | |
| 201. | | | | | Buy | 07/21/15 | M | | |
| 202. | | | | | Sold | 07/22/15 | M | C | |
| 203. | | | | | Buy | 08/06/15 | L | | |
| 204. | | | | | Sold | 08/06/15 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 09/09/15 | M | | |
| 206. | | | | | Sold | 09/11/15 | M | A | |
| 207. | | | | | Buy | 09/22/15 | M | | |
| 208. | | | | | Sold | 09/22/15 | M | | |
| 209. | | | | | Buy | 10/27/15 | L | | |
| 210. | | | | | Sold | 10/28/15 | L | B | |
| 211. | | | | | Buy | 10/29/15 | M | | |
| 212. | | | | | Sold | 10/30/15 | M | B | |
| 213. | | | | | Buy | 11/04/15 | P1 | | |
| 214. | | | | | Sold (part) | 11/17/15 | M | | |
| 215. | | | | | Sold (part) | 11/18/15 | M | | |
| 216. | | | | | Sold (part) | 11/19/15 | N | | |
| 217. | | | | | Sold (part) | 11/20/15 | N | C | |
| 218. | | | | | Sold (part) | 12/17/15 | N | | |
| 219. | | | | | Sold | 12/22/15 | M | | |
| 220. Cisco Common Stock | C | Dividend | | | Buy | 03/04/15 | N | | |
| 221. | | | | | Buy (add'l) | 03/06/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 17 of 37

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 03/17/15 | L | | |
| 223. | | | | | Buy (add'l) | 03/18/15 | M | | |
| 224. | | | | | Sold (part) | 03/18/15 | M | | |
| 225. | | | | | Sold (part) | 03/20/15 | M | | |
| 226. | | | | | Buy (add'l) | 03/25/15 | L | | |
| 227. | | | | | Sold (part) | 04/21/15 | K | | |
| 228. | | | | | Sold (part) | 04/27/15 | N | | |
| 229. | | | | | Sold (part) | 04/28/15 | L | | |
| 230. | | | | | Sold (part) | 05/13/15 | N | | |
| 231. | | | | | Sold (part) | 05/15/15 | O | | |
| 232. | | | | | Buy (add'l) | 05/22/15 | O | | |
| 233. | | | | | Sold (part) | 05/22/15 | N | A | |
| 234. | | | | | Sold (part) | 05/27/15 | N | C | |
| 235. | | | | | Buy (add'l) | 05/29/15 | M | | |
| 236. | | | | | Buy (add'l) | 05/30/15 | K | | |
| 237. | | | | | Sold (part) | 06/23/15 | O | | |
| 238. | | | | | Sold (part) | 07/01/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 07/02/15 | K | | |
| 240. | | | | | Buy (add'l) | 08/24/15 | P1 | | |
| 241. | | | | | Sold (part) | 08/26/15 | J | | |
| 242. | | | | | Sold (part) | 08/28/15 | M | | |
| 243. | | | | | Sold (part) | 09/02/15 | N | | |
| 244. | | | | | Buy (add'l) | 09/17/15 | M | | |
| 245. | | | | | Sold (part) | 09/17/15 | M | A | |
| 246. | | | | | Buy (add'l) | 10/06/15 | M | | |
| 247. | | | | | Sold | 10/06/15 | M | D | |
| 248. | | | | | Buy | 10/07/15 | M | | |
| 249. | | | | | Sold | 10/07/15 | M | B | |
| 250. | | | | | Buy | 11/16/15 | M | | |
| 251. | | | | | Sold | 11/16/15 | M | A | |
| 252. Microsoft Common Stock | B | Dividend | | | Sold (part) | 03/18/15 | M | | |
| 253. | | | | | Sold (part) | 03/20/15 | N | | |
| 254. | | | | | Buy | 11/10/15 | N | | |
| 255. | | | | | Sold | 11/11/15 | N | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Facebook Common | | None | | | Buy (add'l) | 01/02/15 | P1 | | |
| 257. | | | | | Sold (part) | 01/02/15 | N | | |
| 258. | | | | | Sold (part) | 01/08/15 | O | | |
| 259. | | | | | Sold (part) | 01/13/15 | N | | |
| 260. | | | | | Sold (part) | 01/14/15 | M | | |
| 261. | | | | | Buy (add'l) | 01/21/15 | O | | |
| 262. | | | | | Sold (part) | 01/21/15 | O | | |
| 263. | | | | | Buy (add'l) | 01/22/15 | O | | |
| 264. | | | | | Sold (part) | 01/22/15 | O | | |
| 265. | | | | | Buy (add'l) | 01/23/15 | N | | |
| 266. | | | | | Sold (part) | 01/23/15 | N | | |
| 267. | | | | | Buy (add'l) | 01/29/15 | O | | |
| 268. | | | | | Sold (part) | 01/29/15 | O | | |
| 269. | | | | | Buy (add'l) | 02/18/15 | O | | |
| 270. | | | | | Sold (part) | 02/18/15 | O | | |
| 271. | | | | | Sold (part) | 02/19/15 | N | | |
| 272. | | | | | Buy (add'l) | 02/23/15 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 02/23/15 | N | | |
| 274. | | | | | Buy (add'l) | 02/25/15 | O | | |
| 275. | | | | | Sold (part) | 02/25/15 | P1 | | |
| 276. | | | | | Sold (part) | 02/26/15 | N | C | |
| 277. | | | | | Buy (add'l) | 03/02/15 | N | | |
| 278. | | | | | Sold (part) | 03/02/15 | N | | |
| 279. | | | | | Sold (part) | 03/04/15 | N | D | |
| 280. | | | | | Sold (part) | 03/09/15 | N | B | |
| 281. | | | | | Buy (add'l) | 03/10/15 | N | | |
| 282. | | | | | Buy (add'l) | 03/12/15 | M | | |
| 283. | | | | | Sold (part) | 03/12/15 | M | A | |
| 284. | | | | | Sold (part) | 03/17/15 | N | D | |
| 285. | | | | | Buy (add'l) | 03/20/15 | O | | |
| 286. | | | | | Sold (part) | 03/20/15 | N | E | |
| 287. | | | | | Sold | 03/23/15 | O | C | |
| 288. | | | | | Buy | 03/25/15 | P1 | | |
| 289. | | | | | Buy (add'l) | 04/10/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 04/13/15 | M | | |
| 291. | | | | | Buy (add'l) | 04/15/15 | M | | |
| 292. | | | | | Sold (part) | 04/20/15 | M | C | |
| 293. | | | | | Sold (part) | 04/21/15 | N | B | |
| 294. | | | | | Buy (add'l) | 04/21/15 | P1 | | |
| 295. | | | | | Sold (part) | 04/22/15 | O | D | |
| 296. | | | | | Sold (part) | 04/28/15 | O | | |
| 297. | | | | | Sold (part) | 06/22/15 | L | A | |
| 298. | | | | | Sold (part) | 06/25/15 | N | D | |
| 299. | | | | | Buy (add'l) | 06/30/15 | M | | |
| 300. | | | | | Sold (part) | 07/01/15 | O | C | |
| 301. | | | | | Buy (add'l) | 07/01/15 | O | | |
| 302. | | | | | Sold (part) | 07/02/15 | O | C | |
| 303. | | | | | Buy (add'l) | 07/02/15 | M | | |
| 304. | | | | | Buy (add'l) | 07/08/15 | M | | |
| 305. | | | | | Buy (add'l) | 07/09/15 | M | | |
| 306. | | | | | Buy (add'l) | 07/10/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 07/10/15 | N | D | |
| 308. | | | | | Sold | 07/13/15 | N | D | |
| 309. | | | | | Buy | 07/16/15 | N | | |
| 310. | | | | | Sold (part) | 07/16/15 | M | D | |
| 311. | | | | | Sold (part) | 07/17/15 | K | B | |
| 312. | | | | | Buy | 07/20/15 | O | | |
| 313. | | | | | Sold | 07/20/15 | O | E | |
| 314. | | | | | Buy | 07/21/15 | M | | |
| 315. | | | | | Buy (add'l) | 07/22/15 | O | | |
| 316. | | | | | Sold (part) | 07/22/15 | O | B | |
| 317. | | | | | Buy (add'l) | 07/23/15 | N | | |
| 318. | | | | | Sold (part) | 07/23/15 | N | | |
| 319. | | | | | Sold | 07/24/15 | L | B | |
| 320. | | | | | Buy | 07/24/15 | O | | |
| 321. | | | | | Sold (part) | 08/05/15 | N | | |
| 322. | | | | | Sold (part) | 08/19/15 | N | | |
| 323. | | | | | Buy (add'l) | 08/20/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 08/21/15 | O | | |
| 325. | | | | | Buy (add'l) | 08/25/15 | M | | |
| 326. | | | | | Sold (part) | 08/28/15 | M | | |
| 327. | | | | | Buy (add'l) | 08/31/15 | O | | |
| 328. | | | | | Buy (add'l) | 09/02/15 | N | | |
| 329. | | | | | Sold (part) | 09/02/15 | O | | |
| 330. | | | | | Sold (part) | 09/04/15 | M | | |
| 331. | | | | | Buy (add'l) | 09/21/15 | N | | |
| 332. | | | | | Sold (part) | 10/06/15 | N | | |
| 333. | | | | | Buy (add'l) | 10/06/15 | N | | |
| 334. | | | | | Sold (part) | 10/12/15 | N | | |
| 335. | | | | | Buy (add'l) | 10/12/15 | N | | |
| 336. | | | | | Sold (part) | 10/15/15 | N | | |
| 337. | | | | | Buy (add'l) | 10/15/15 | M | | |
| 338. | | | | | Buy (add'l) | 10/20/15 | L | | |
| 339. | | | | | Sold (part) | 10/22/15 | M | B | |
| 340. | | | | | Sold (part) | 10/27/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 10/29/15 | M | | |
| 342. | | | | | Buy (add'l) | 11/04/15 | M | | |
| 343. | | | | | Sold (part) | 11/04/15 | M | | |
| 344. | | | | | Buy (add'l) | 11/06/15 | N | | |
| 345. | | | | | Sold (part) | 11/11/15 | M | | |
| 346. | | | | | Buy (add'l) | 11/13/15 | M | | |
| 347. | | | | | Buy (add'l) | 11/17/15 | N | | |
| 348. | | | | | Sold (part) | 11/17/15 | M | | |
| 349. | | | | | Buy (add'l) | 11/19/15 | M | | |
| 350. | | | | | Sold (part) | 11/19/15 | M | | |
| 351. | | | | | Sold (part) | 11/20/15 | O | | |
| 352. | | | | | Buy (add'l) | 11/23/15 | N | | |
| 353. | | | | | Sold (part) | 12/17/15 | N | | |
| 354. | | | | | Buy (add'l) | 12/21/15 | N | | |
| 355. | | | | | Sold | 12/21/15 | M | | |
| 356. | | | | | Buy | 12/28/15 | N | | |
| 357. | | | | | Buy (add'l) | 12/31/15 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 12/31/15 | P1 | | |
| 359. Valero Common Stock | A | Dividend | | | Sold | 01/02/15 | L | B | |
| 360. Alibaba ADRs | | None | L | T | Buy | 11/10/15 | M | | |
| 361. | | | | | Sold | 11/10/15 | M | B | |
| 362. | | | | | Buy | 11/11/15 | K | | |
| 363. | | | | | Buy (add'l) | 12/04/15 | M | | |
| 364. | | | | | Sold (part) | 12/15/15 | K | B | |
| 365. | | | | | Sold | 12/16/15 | L | | |
| 366. | | | | | Buy | 12/17/15 | L | | |
| 367. Altera Common Stock | A | Dividend | | | Buy | 04/16/15 | K | | |
| 368. | | | | | Sold | 04/17/15 | K | A | |
| 369. | | | | | Buy | 05/29/15 | N | | |
| 370. | | | | | Sold | 09/02/15 | N | | |
| 371. Amazon Common Stock | | None | | | Buy | 01/08/15 | N | | |
| 372. | | | | | Sold | 01/21/15 | N | | |
| 373. | | | | | Buy | 03/04/15 | M | | |
| 374. | | | | | Sold | 03/05/15 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy | 04/16/15 | N | | |
| 376. | | | | | Sold | 04/16/15 | N | B | |
| 377. | | | | | Buy | 04/20/15 | N | | |
| 378. | | | | | Sold | 04/20/15 | N | D | |
| 379. | | | | | Buy | 04/23/15 | N | | |
| 380. | | | | | Sold | 04/23/15 | N | B | |
| 381. | | | | | Buy | 06/30/15 | N | | |
| 382. | | | | | Sold | 06/30/15 | N | A | |
| 383. | | | | | Buy | 07/09/15 | M | | |
| 384. | | | | | Sold | 07/10/15 | M | B | |
| 385. | | | | | Buy | 07/15/15 | K | | |
| 386. | | | | | Sold | 07/16/15 | K | A | |
| 387. | | | | | Buy | 07/20/15 | N | | |
| 388. | | | | | Sold | 07/20/15 | N | | |
| 389. | | | | | Buy | 07/21/15 | K | | |
| 390. | | | | | Sold | 07/22/15 | K | A | |
| 391. | | | | | Buy | 07/23/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 07/23/15 | L | A | |
| 393. | | | | | Buy | 07/24/15 | P1 | | |
| 394. | | | | | Sold (part) | 08/05/15 | N | | |
| 395. | | | | | Buy (add'l) | 08/19/15 | N | | |
| 396. | | | | | Sold (part) | 08/25/15 | N | | |
| 397. | | | | | Sold (part) | 08/26/15 | M | | |
| 398. | | | | | Sold (part) | 09/02/15 | O | | |
| 399. | | | | | Sold (part) | 09/04/15 | N | | |
| 400. | | | | | Sold (part) | 09/11/15 | N | | |
| 401. | | | | | Buy (add'l) | 09/21/15 | N | | |
| 402. | | | | | Sold (part) | 09/21/15 | N | B | |
| 403. | | | | | Buy (add'l) | 09/22/15 | M | | |
| 404. | | | | | Sold (part) | 09/22/15 | M | B | |
| 405. | | | | | Buy (add'l) | 09/24/15 | N | | |
| 406. | | | | | Sold (part) | 09/24/15 | N | A | |
| 407. | | | | | Sold (part) | 10/07/15 | N | | |
| 408. | | | | | Sold | 10/12/15 | O | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy | 10/20/15 | N | | |
| 410. | | | | | Sold | 10/20/15 | N | C | |
| 411. | | | | | Buy | 10/28/15 | N | | |
| 412. | | | | | Sold | 10/28/15 | N | C | |
| 413. | | | | | Buy | 11/17/15 | M | | |
| 414. | | | | | Sold | 11/17/15 | M | B | |
| 415. | | | | | Buy | 11/20/15 | M | | |
| 416. | | | | | Sold | 11/20/15 | M | A | |
| 417. | | | | | Buy | 12/10/15 | N | | |
| 418. | | | | | Sold | 12/14/15 | N | | |
| 419. Google Common Stock | | None | | | Buy | 07/20/15 | N | | |
| 420. | | | | | Sold | 07/20/15 | N | B | |
| 421. | | | | | Buy | 07/23/15 | N | | |
| 422. | | | | | Sold | 07/23/15 | N | C | |
| 423. Home Depot Common Stock | | None | | | Buy | 09/17/15 | M | | |
| 424. | | | | | Sold | 10/05/15 | M | A | |
| 425. | | | | | Buy | 10/07/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 10/07/15 | M | A | |
| 427. | | | | | Buy | 10/15/15 | M | | |
| 428. | | | | | Sold | 10/16/15 | M | B | |
| 429. | | | | | Buy | 12/16/15 | M | | |
| 430. | | | | | Sold | 12/16/15 | M | B | |
| 431. Lowes Common Stock | None | | | | Buy | 07/14/15 | N | | |
| 432. | | | | | Sold | 07/14/15 | N | A | |
| 433. | | | | | Buy | 09/18/15 | L | | |
| 434. | | | | | Sold | 10/05/15 | L | B | |
| 435. | | | | | Buy | 10/06/15 | L | | |
| 436. | | | | | Buy (add'l) | 10/07/15 | L | | |
| 437. | | | | | Sold | 10/07/15 | M | A | |
| 438. | | | | | Buy | 10/15/15 | L | | |
| 439. | | | | | Sold | 10/16/15 | L | A | |
| 440. | | | | | Buy | 12/16/15 | M | | |
| 441. | | | | | Sold | 12/16/15 | M | B | |
| 442. Netflix Common Stock | None | | | | Buy | 07/23/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 07/23/15 | M | A | |
| 444. | | | | | Buy | 08/24/15 | L | | |
| 445. | | | | | Sold | 08/25/15 | L | A | |
| 446. | | | | | Buy | 09/21/15 | L | | |
| 447. | | | | | Buy (add'l) | 10/06/15 | L | | |
| 448. | | | | | Sold (part) | 10/08/15 | L | C | |
| 449. | | | | | Buy (add'l) | 10/12/15 | M | | |
| 450. | | | | | Sold (part) | 10/12/15 | L | B | |
| 451. | | | | | Buy (add'l) | 10/15/15 | M | | |
| 452. | | | | | Sold | 10/30/15 | M | B | |
| 453. Tesla Motors Commo Stock | | None | | | Buy | 01/22/15 | M | | |
| 454. | | | | | Sold | 01/26/15 | M | B | |
| 455. | | | | | Buy | 10/20/15 | M | | |
| 456. | | | | | Sold (part) | 10/20/15 | M | C | |
| 457. | | | | | Sold | 11/02/15 | M | B | |
| 458. Twitter Common Stock | | None | | | Buy | 01/14/15 | L | | |
| 459. | | | | | Sold | 01/14/15 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy | 01/29/15 | M | | |
| 461. | | | | | Sold (part) | 01/29/15 | L | | |
| 462. | | | | | Sold | 01/30/15 | L | B | |
| 463. | | | | | Buy | 02/18/15 | M | | |
| 464. | | | | | Sold (part) | 02/20/15 | M | B | |
| 465. | | | | | Buy (add'l) | 02/25/15 | L | | |
| 466. | | | | | Sold (part) | 02/25/15 | L | | |
| 467. | | | | | Buy (add'l) | 02/26/15 | M | | |
| 468. | | | | | Sold (part) | 02/26/15 | M | A | |
| 469. | | | | | Buy (add'l) | 02/27/15 | M | | |
| 470. | | | | | Buy (add'l) | 03/17/15 | L | | |
| 471. | | | | | Sold (part) | 03/17/15 | L | A | |
| 472. | | | | | Buy (add'l) | 03/18/15 | M | | |
| 473. | | | | | Sold (part) | 03/18/15 | M | | |
| 474. | | | | | Buy (add'l) | 03/20/15 | M | | |
| 475. | | | | | Sold | 03/20/15 | N | | |
| 476. | | | | | Buy | 03/25/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 37

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 03/26/15 | M | | |
| 478. | | | | | Buy (add'l) | 03/30/15 | L | | |
| 479. | | | | | Sold (part) | 03/30/15 | L | B | |
| 480. | | | | | Buy (add'l) | 03/31/15 | M | | |
| 481. | | | | | Sold (part) | 03/31/15 | M | C | |
| 482. | | | | | Buy (add'l) | 04/01/15 | N | | |
| 483. | | | | | Buy (add'l) | 04/02/15 | M | | |
| 484. | | | | | Buy (add'l) | 04/07/15 | N | | |
| 485. | | | | | Sold (part) | 04/07/15 | O | | |
| 486. | | | | | Buy (add'l) | 04/08/15 | N | | |
| 487. | | | | | Sold (part) | 04/08/15 | O | | |
| 488. | | | | | Buy (add'l) | 04/09/15 | N | | |
| 489. | | | | | Sold (part) | 04/09/15 | N | | |
| 490. | | | | | Buy (add'l) | 04/10/15 | N | | |
| 491. | | | | | Sold (part) | 04/10/15 | N | | |
| 492. | | | | | Buy (add'l) | 04/13/15 | N | | |
| 493. | | | | | Buy (add'l) | 04/16/15 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 04/16/15 | N | | |
| 495. | | | | | Buy (add'l) | 04/17/15 | M | | |
| 496. | | | | | Buy (add'l) | 04/20/15 | M | | |
| 497. | | | | | Sold (part) | 04/20/15 | M | | |
| 498. | | | | | Buy (add'l) | 04/21/15 | N | | |
| 499. | | | | | Sold (part) | 04/21/15 | N | | |
| 500. | | | | | Buy (add'l) | 04/22/15 | N | | |
| 501. | | | | | Sold (part) | 04/22/15 | N | | |
| 502. | | | | | Buy (add'l) | 04/24/15 | N | | |
| 503. | | | | | Sold | 04/27/15 | O | C | |
| 504. | | | | | Buy | 04/27/15 | O | | |
| 505. | | | | | Sold (part) | 04/28/15 | M | | |
| 506. | | | | | Buy (add'l) | 04/30/15 | L | | |
| 507. | | | | | Sold (part) | 04/30/15 | L | | |
| 508. | | | | | Buy (add'l) | 05/01/15 | L | | |
| 509. | | | | | Sold (part) | 05/04/15 | N | | |
| 510. | | | | | Buy (add'l) | 05/04/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 37

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 05/05/15 | M | | |
| 512. | | | | | Buy (add'l) | 06/11/15 | M | | |
| 513. | | | | | Sold (part) | 06/18/15 | M | | |
| 514. | | | | | Buy (add'l) | 06/22/15 | L | | |
| 515. | | | | | Buy (add'l) | 07/10/15 | L | | |
| 516. | | | | | Buy (add'l) | 07/15/15 | N | | |
| 517. | | | | | Sold (part) | 07/16/15 | N | | |
| 518. | | | | | Buy (add'l) | 07/17/15 | M | | |
| 519. | | | | | Buy (add'l) | 07/20/15 | M | | |
| 520. | | | | | Sold (part) | 07/20/15 | N | | |
| 521. | | | | | Buy (add'l) | 07/22/15 | M | | |
| 522. | | | | | Sold (part) | 07/22/15 | M | | |
| 523. | | | | | Buy (add'l) | 07/24/15 | M | | |
| 524. | | | | | Sold | 07/28/15 | M | | |
| 525. | | | | | Buy | 11/23/15 | L | | |
| 526. | | | | | Sold | 12/17/15 | L | | |
| 527. Valeant Common Stock | None | | | | Buy | 11/23/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 37

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

05/13/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 12/01/15 | K | C | |
| 529. | | | | | Buy | 12/03/15 | L | | |
| 530. | | | | | Buy (add'l) | 12/04/15 | L | | |
| 531. | | | | | Sold (part) | 12/15/15 | L | D | |
| 532. | | | | | Buy (add'l) | 12/16/15 | N | | |
| 533. | | | | | Sold (part) | 12/16/15 | L | D | |
| 534. | | | | | Sold (part) | 12/17/15 | N | D | |
| 535. | | | | | Buy (add'l) | 12/21/15 | L | | |
| 536. | | | | | Sold | 12/23/15 | M | | |
| 537. Estate Account-Chase | A | Interest | | | Closed | 12/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/13/2016 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Naomi R. Buchwald**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544